UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV19-02384 JAK (SSx) | Date | June 10, 2020 |
|---|---|---|---|
| Title | Dwain Lammey v. Phnida, LLC, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Cheryl Wynn | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On May 12, 2020, the parties filed a Joint Status Report (Dkt. 50) regarding ongoing settlement discussions. The Court sets an Order to Show Cause re Dismissal for July 6, 2020 at 11:30 a.m. If the parties file a notice of settlement on or before June 29, 2020, the matter will be taken off calendar and no appearance by counsel will be required. If no such notice is filed by June 29, 2020, the parties shall file a joint report regarding the procedural status of their settlement efforts. Plaintiff's Motion for Summary Judgment (Dkt. 38) remains under submission.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | cw |